IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

STATE OF DELAWARE       )
                        )       ID No. 1402002902
    v.                  )       In and for Kent County
                        )
RONALD ROGERS,          )
                        )
        Defendant.      )

Submitted: May 11, 2016
Decided: June 28, 2016

*Upon Consideration of Defendant's Motion For Postconviction Relief*
*Pursuant to Superior Court Criminal Rule 61*
DENIED

## **ORDER**

On this 28th day of June, 2016, upon consideration of the Defendant's Motion For Postconviction Relief, the Commissioner's Report and Recommendation and the record in this case, it appears that:

1. The Defendant, Ronald Rogers ("Rogers"), pled guilty on June 25, 2014, to three counts of Robbery in the First Degree, 11 *Del. C.* §832(A) and one count of Robbery in the Second Degree as a lesser included offense of Robbery in the First Degree. In exchange for Rogers' plea, the State entered a *nolle prosequis* on the remaining charges of three additional counts of Robbery in the First Degree, two counts of Wearing a Disguise During the Commission of a Felony and one count of Criminal Mischief. The Court sentenced Rogers, in accordance with the Plea

Agreement, to thirty-six years incarceration, suspended after nine years, minimum mandatory, for probation.

2. The Defendant did not appeal his conviction or sentence to the Delaware Supreme Court; instead he filed, *pro se*, the pending Motion For Postconviction Relief pursuant to Superior Court Criminal Rule 61. In his motion the Defendant raises the following grounds for relief: 1) ineffective assistance of counsel; 2) suppression of favorable evidence; and 3) unfulfilled plea agreement.

3. The Court referred this motion to Superior Court Commissioner Andrea M. Freud pursuant to 10 *Del. C.* §512(b) and Superior Court Criminal Rule 62 for proposed findings of facts and conclusions of law.

4. The Commissioner has filed a Report and Recommendation concluding that the Motion For Postconviction Relief should be denied, because it is procedurally barred and completely meritless.

5. No objections to the Report have been filed.

**NOW, THEREFORE,** after *de novo* review of the record in this action, and for reasons stated in the Commissioner's Report and Recommendation dated August 19, 2015,

**IT IS ORDERED** that the Commissioner's Report and Recommendation is adopted by the Court, and the Defendant's Motion for Postconviction Relief is **DENIED**.

                    /s/ Robert B. Young
                         J.

2

*State v. Rogers*
ID No. 1402002902
June 28, 2016

RBY/lmc

oc:    Prothonotary

cc:    The Honorable Andrea M. Freud
       Jason C. Cohee, Esq.
       Kathleen K. Amalfiatno, Esq.
       Ronald Rogers, JTVCC

3